IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICKY P. LEWIS,<br><br>Plaintiff,<br>v.<br><br>DR. EDWARD D. LANCE, *et al*.,<br><br>Defendants. | 1:26-CV-690 |

**ORDER**

This matter is before the Court for review of the Recommendation entered by the Magistrate Judge. (D.E. 3.) The Recommendation recommends dismissing Plaintiff's claims for failure to state a claim upon which relief may be granted, except for his claim against Defendant More. (*Id.*) The deadline for objections passed on August 28, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation (D.E. 3) is ADOPTED. Plaintiff's claims, except for his claim against Defendant More, are dismissed.

This the 16th day of September, 2026.

*/s/ David A. Bragdon*
United States District Judge